# EXHIBIT 1

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, August 31, 2010 00:04 AM |
| **To:** | BillF.docketing@SeedIP.com |
| **Subject:** | Trademark Serial Number 77681512: Official USPTO Notice of Allowance |

## NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Aug 31, 2010

**Serial Number:** 77-681,512
**Mark:** BING(STANDARD CHARACTER MARK)
**Attorney Reference Number:** 663005.20487

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 77-681,512 |
| **Mark:** | BING(STANDARD CHARACTER MARK) |
| **Attorney Reference Number:** | 663005.20487 |
| **Owner:** | Microsoft Corporation |
| | One Microsoft Way |
| | Redmond , WASHINGTON   980526399 |
| **Correspondence Address:** | WILLIAM O. FERRON, JR. |
| | SEED IP LAW GROUP PLLC |
| | 701 5TH AVENUE SUITE 5400 |
| | SEATTLE, WA 98104-7064 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

039 -     providing a web site and web site links to geographic information, map images, and trip ro uting -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.