# EXHIBIT 2



Copyright 2010 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

September 14, 2010 Tuesday

**SECTION:** TECHNOLOGY; News; Business; High-Tech; Science and Tech

**LENGTH:** 351 words

**HEADLINE:** Tech Ticker: Bing, Street View, Uniloc

**BYLINE:** Mercury News wire services

**BODY:**

Microsoft

Nielsen: Bing No. 2

Microsoft's Bing has surpassed Yahoo as the second-most-popular search engine in the U.S., according to a report Tuesday from industry researcher Nielsen. According to a Nielsen blog post, Bing had a 13.9 percent share of U.S. Internet searches in August, with the number of queries up 2 percent from the month before. Sunnyvale-based Yahoo, meanwhile, had a 13.1 percent share, down from a 14.6 percent share in July. Google's U.S. search share was 65.1 percent last month, according to Nielsen. Industry researchers have different methods for counting Internet searches. Last week, Experian Hitwise reported that Google was No. 1 in the U.S. for the four weeks ending Aug. 28 with 71.6 percent of search queries, followed by Yahoo at 14.3 percent and Bing at 9.9 percent.

-- Frank Michael Russell, Mercury News

Google

Street View blocked

Authorities in the Czech Republic have banned

Google from expanding its mapping feature "Street View" in the Eastern European country, an official said Tuesday. Google Czech Republic said it was not deterred by what it considered a temporary decision, and said the dispute was mostly about technical problems in collecting the photographs used in "Street View" -- which provides Internet users with panoramic views and photographs of neighborhoods from various points along many streets across the globe. In the meantime, Google said it would collect no new data in the country, but that photos taken previously in Prague and other cities were still available.

-- Associated Press

Uniloc

Symantec, Adobe suit

Symantec and

Adobe were among 10 companies sued over alleged patent infringement by Uniloc USA, the business that's been in a legal battle over anti-piracy technology with Microsoft since 2003. Uniloc USA and Uniloc Singapore, which owns the patent, also sued CA, National Instruments, Pervasive Software, SafeNet and its Aladdin Knowledge unit, Avid

Tech Ticker: Bing, Street View, Uniloc San Jose Mercury News (California) September 14, 2010 Tuesday

Technology's Pinnacle Systems unit, Sonic Solutions and Onyx Graphics. The complaint was filed Tuesday in federal court in Tyler, Texas. Uniloc has U.S. offices in Irvine.

    -- Bloomberg News

**GRAPHIC:**

**LOAD-DATE:** September 16, 2010



Copyright 2010 San Francisco Chronicle
All Rights Reserved

San Francisco Chronicle
The San Francisco Chronicle (California)

June 14, 2010 Monday
FINAL Edition

**SECTION:** Business; Pg. E1

**LENGTH:** 1049 words

**HEADLINE:** Microsoft's year-old search engine on a roll;
INTERNET

**BYLINE:** James Temple, Chronicle Staff Writer

**BODY:**

As Bing passed its first anniversary this month, it had one thing few search engines have enjoyed since the rise of Google: momentum.

Its share of the U.S. market has climbed from 8.4 percent when Microsoft Corp. introduced the upgraded online navigation tool last June to 11.8 percent in April, according to comScore Inc. More notably, after the switch is flipped on a pending search partnership with Yahoo Inc., expected around the end of this year, that share could leap to around 30 percent.

Few expect Bing to seriously challenge the reign of Google Inc., which claims almost two-thirds of the market, anytime soon. But that may not be the appropriate way to measure success.

If Bing can provide more choice for online advertisers, come up with innovations in search and make money for the Redmond, Wash., software giant, it might just represent a win.

"Continued research and development and innovation are important for the marketplace as a whole, and certainly everyone wants more competition," said Greg Sterling, founding principal of Sterling Market Intelligence. "So people are rooting for Bing to be a viable alternative."

There is frustration among some companies that feel they must buy ads on Google if they hope to reach a significant online audience. As Bing gains more users, its reach will widen, its search results will become more refined and it might eventually put pressure on search ad pricing, Sterling said.

Several factors have helped Bing attract more users, including positive buzz from tech pundits; distribution deals with partners like Facebook, Verizon Wireless and HP; and a marketing push that reports pegged at $80 million to $100 million.

Product placement

In addition to the "search overload syndrome" television commercials, the company paid to have characters on the CW's "Gossip Girl" say the words "Bing it," in the hope of transforming it into a verb.

Microsoft's year-old search engine on a roll; INTERNET The San Francisco Chronicle (California) June 14, 2010 Monday

Microsoft has been particularly focused on getting the search engine onto mobile platforms, the daily on-ramp to the Internet for growing numbers of people. Among other things, the company offered players of the popular mobile music game Tap Tap Revenge a free song if they downloaded Bing onto their iPhone or iPad.

Last week, Apple Inc. announced it would add Bing to its browser search engine options in the next version of the iPhone operating system, along with Google and Yahoo.

In ads and elsewhere, Microsoft has tried to differentiate Bing from other search tools by dubbing it a "decision engine." The company designed the tool to make it easier to find local restaurants, buy products online or plan travel by allowing them to quickly narrow results by prices, brand and neighborhood, said Bing Director Stefan Weitz.

'A step further'

Google's "mission is around organizing and making accessible the world's information," he said. "Ours is taking it a little step further. Based on what you're trying to do, here's knowledge that will help you get that done."

He adds, however, that online search isn't a zero-sum game. By providing a tool that helps navigate the Web in a different way, and solves a problem where others have come up short, Microsoft hopes to expand the total search audience.

Trip Chowdhry, an analyst at Global Equities Research, says there's something to this. He believes that search engines increasingly serve two distinct functions: discovery and productivity. The latter is a smaller niche, but it's growing and Microsoft is winning over users, he said.

"With the help of the traffic they can get from Yahoo, they may not be a leader, but they'll be a leader in their own category," he said.

This could have important implications for advertisers, because people looking to make a decision are often people looking to buy.

But that's not to say that other search engines have failed in the online decision-making realm. Millions of people use Yahoo and Google to compare products, find restaurants and book trips, and both offer options to narrow results.

Not a moneymaker

It's also unclear how soon Microsoft can make money from Bing. The company hasn't provided financial results for the search engine, but its online services division recorded a $713 million loss in the first quarter, compared with a $411 million loss during the same time a year ago.

It's a safe guess that the company has spent hundreds of millions of dollars developing, running and marketing its search engine, on top of the money it spent on content and distribution deals, such as the real-time search feed from Twitter.

Revenue sharing

It has agreed to hand over 88 percent of the revenue generated through the Yahoo search partnership during the first five years.

Jim Friedland, senior Internet analyst at Cowen & Co., estimates that Microsoft will have to win 20 percent of the search market, beyond any traffic it gains from Yahoo, before Bing can turn a profit.

"They've basically spent a lot of money to acquire traffic," he said. "It doesn't necessarily change longer-term habits unless they're offering something completely unique and different."

Who uses Bing?

- Several small-scale studies have attempted to provide some insight into the Bing user.
- The search engine is popular with users 55 or older, with about 10 percent saying they use it as their primary search engine, according to a survey of 1,000 U.S. Internet users by Cowen & Co. released in December. The report concluded that a large portion of Bing users are directed there by Microsoft products like Internet Explorer, Hotmail and MSN.com, where it's the default search engine.

Page 5
Microsoft's year-old search engine on a roll; INTERNET The San Francisco Chronicle (California) June 14, 2010 Monday

- Google won where it matters most to advertisers, among mobile Internet users, high-income households and people 18 to 25, the investment bank said.
- A separate study, however, found one interesting advertising advantage for Bing: Its users appear to click on online ads more readily than Google users. About 1.74 percent of users who arrived on Web pages through Bing clicked on ads, compared with 0.98 percent who came from Google, according to a survey of about 60,000 sites published in December by online ad network Chitika Inc.
- One important note, however, is that Microsoft was pouring millions of dollars into advertising Bing at this time, so people using it may have been more predisposed to respond to ads than longtime Google users.
- - James Temple

**LOAD-DATE:** June 13, 2010



Copyright 2009 Forbes Inc.
All Rights Reserved



Forbes

August 3, 2009

**SECTION:** DIGITAL TOOLS; Pg. 54 Vol. 184 No. 2

**LENGTH:** 793 words

**HEADLINE:** Why Bing Is Gaining On Google

**HIGHLIGHT:**

Google is less a Gibraltar-like fortress than it is a platform resting on a small number of legs, like health and travel.

**BODY:**

If Microsoft's Bing is successful in gaining ground against Google, then the folks in Redmond will owe their good fortune to the manner in which they have closely hewed to the two ironclad rules for business success. First, diligently study your opponent's success so that you can align your strategy perfectly with what's being practiced by the competition. Second, ignore everything your competitor is doing and make up new marketplace rules as you see fit.

A third rule is that only has-beens and also-rans worry about rules contradicting themselves.

So far, so good. A study by StatCounter shows Microsoft's share of search rising from 7.2% in April to 8.2% in June. Google is far ahead at 78%, though Citigroup analyst Mark Mahaney projects that Bing could win 20% of the market by next year.

Though the world thinks of it as a technology company, Google is actually in the classified ad business, selling short text ads that are tied to specific search terms. Microsoft understands that fact about Google very well. It understands something else as well : A large percentage of Web searches involve a relatively small number of topics.

**Video: Google Vs. Bing**

Sex and celebrities top most lists of top search terms but tend to not attract top-dollar advertisers. By contrast, travel, health, finance and consumer electronics do, meaning Google and its competitors are dependent on them in much the same way that the early Ebay was dependent on Beanie Babies.

Daniel Sullivan, an analyst at Search Engine Land, say he's tried for years to learn how much of Google's revenues come from the top few search fields. The list remains a Google state secret, but the fact that searches tend to be highly concentrated is well known. The business implication is that Google is less a Gibraltar-like fortress than a platform resting on a small number of legs. Kick out one or two and you can cause a significant amount of pain.

Which is precisely what Microsoft is up to with Bing. Though it aims to be the same sort of general interest search service as Google, Bing was engineered to excel in a few popular, high-profit search topics--in effect, Google's Greatest Hits.

Sanaz Ahari, a product manager at Bing, says the search specialists who worked on the site--Microsoft has been on a hiring spree in that field for several years--spent much of their time honing Bing's behind-the-scenes algorithms for these selected areas. Some of Bing's results are so good that one suspects they were created by a human hand: Search

for "Julia Child" and one of the categories you're presented with is "recipes." But no, Ahari insists that everything is done with software. In fact, she says, the algorithms used to create the English-language version of Bing will also be used for foreign-language versions.

The results of this intense Microsoft fine-tuning are apparent in a field like travel. Type "New York to London" and Bing morphs into an airline booking Web site, showing you a list of prices and flights to be purchased with a click. The site also does well with celebrities. Ask about "Paris Hilton" and you'd think you had stumbled on to the Web sites of TMZ or Perez Hilton.

So much for how Microsoft is copying Google. To see how it's ignoring Google, go to the Bing home page. It changes every day, but it's always a gorgeous photograph. The shots are enough to keep some people returning to Bing to see what is being served up, and already have a fan archive site at tiny.cc/c2jyy. It took a fair bit of uncharacteristic confidence on Microsoft's part to reject the conventional wisdom that users like the spare, Apple-style minimalism of Google's home page.

It's going to take more than dexterous business strategy for Microsoft to beat Google. Money, for one thing, though judging from the many Bing TV and Web spots, Microsoft is more than willing to pull out its checkbook to make Bing a success. Its ad budget for the Bing rollout was estimated at $100 million, four times what Google spends on ads in a whole year.

What's more, Microsoft has a case of whack-a-mole on its hands, since it's racing to erode Google's search revenue while simultaneously defending its Office and Windows product line from free Google offerings like Gmail and Google Docs. (The companies' revenues are reverse images of each other's, with Microsoft getting nearly 95% of sales from software and Google the same fraction from ads.) It also is fighting to keep Internet Explorer the dominant Web browser in the face of competition from Mozilla, Google, Apple and Opera. You have to go back to the early days of the Internet to find a field of software with so much happening in it.

Senior editor Lee Gomes covers technology from our Silicon Valley bureau. Visit him at www.forbes.com/gomes/.

**LOAD-DATE:** July 20, 2009



Copyright 2009 Associated Press
All Rights Reserved
The Associated Press

July 29, 2009 Wednesday

**SECTION:** BUSINESS NEWS

**LENGTH:** 1049 words

**HEADLINE:** Microsoft and Yahoo challenge Google: Bing it on

**BYLINE:** By MICHAEL LIEDTKE and JESSICA MINTZ, AP Technology Writers

**DATELINE:** SAN FRANCISCO

**BODY:**

   Microsoft finally persuaded Yahoo to surrender control of the Internet's second most popular search engine and join it in a daunting battle taking on the overwhelming dominance of Google in the online advertising market.

   A 10-year deal announced Wednesday gives Microsoft its best shot yet to show its new search technology, Bing, is as good as or better than Google's. Microsoft also hopes to use Yahoo to divert sales from Google, which generates more than $20 billion a year from ads.

   Gaining access to Yahoo's audience would instantly more than triple Bing's U.S. market share to 28 percent. That's still a far cry from the remarkable 65 percent of U.S. searches handled by Google, according to the research firm comScore Inc.

   By joining forces, Microsoft and Yahoo are betting they will be able to focus on their respective strengths. By turning over responsibility for search technology to Microsoft, Yahoo can concentrate on sales of billboard-style advertising on the Web and figuring out how to keep luring traffic to its Web sites, which already attract more than 570 million people worldwide every month.

   While the agreement shapes up as a potential boon for Microsoft, it was greeted in the stock market as a letdown for Yahoo. Just 14 months ago, Microsoft dangled $9 billion in front of Yahoo in an attempt to forge a search advertising partnership, only to be rebuffed. Yahoo had also turned down Microsoft's $47.5 billion bid to buy the entire company.

   Yahoo has been struggling so badly since then that Microsoft isn't paying any money in advance. Instead, it will give Yahoo 88 percent of the search ad sales made on its Web site, above the usual commission of 70 to 80 percent.

   By spending less on its own search technology, Yahoo expects to boost its annual operating profit by about $500 million but not until 2012, when the two companies expect to have all the pieces of a complex technological puzzle in place.

   "I think a lot of people are kind of looking at the numbers and seeing a lot of question marks where they expected to see exclamation points," said Scott Kessler, a Standard & Poor's equity analyst.

   Yahoo Inc. shares plunged $2.08, or 12 percent, to $15.14 as investors expressed disappointment over the absence of an immediate windfall. Microsoft Corp. shares gained 33 cents to $23.80 while Google Inc. shares shed $3.61 to $436.24.

Microsoft and Yahoo challenge Google: Bing it on The Associated Press July 29, 2009 Wednesday

It took Carol Bartz, Yahoo's chief executive, just six months to strike a deal with Microsoft something that neither of her predecessors, Terry Semel and Yahoo co-founder Jerry Yang, seemed interested in doing.

"This move makes up for a lot of the stupid mistakes made by the preceding administration," said technology analyst Rob Enderle, who thinks Yahoo will be able to devote more energy to developing services to compete with online hangouts like Facebook.

Shortly after her arrival, Bartz made it clear she was willing to farm out Yahoo's search engine for "boatloads of money" as long as she as thought the company would still get adequate information about its users' interests. Bartz predicted the deal will enrich the company over the long run.

"This agreement comes with boatloads of value for Yahoo, our users, and the industry," Bartz said.

Yahoo will have limited access to the data on users' searches, which yield insights that can be used to pick out ads more likely to pique a person's interest. The value of that information is why Microsoft wants to process more search requests.

Microsoft CEO Steve Ballmer could barely contain his excitement as he gushed about finally getting Yahoo on his side something he has been trying to do for at least three years.

"I am very enthusiastic," Ballmer said in an interview. "This is what I have basically been saying for the past 18 months: The world will be better served for consumers, advertisers and publishers, and there will be more competition for Google, if we can somehow figure out how to get Microsoft and Yahoo together in search."

Antitrust regulators plan to review the agreement to make sure it doesn't lessen competition or compromise the privacy of people who use the search engines.

Google tried to stop Yahoo from falling into Microsoft's camp. Last year it formed its own proposed search advertising deal with Yahoo, only to be forced to retreat after U.S. antitrust officials threatened to sue.

Microsoft helped spearhead the campaign against a Google-Yahoo partnership. Now many people, including Ballmer, expect Google to try to turn the tables on Microsoft by opposing its Yahoo deal.

"There has traditionally been a lot of competition online, and our experience is that competition brings about great things for users," Google spokesman Adam Kovacevich said. "We're interested to learn more about the deal."

Advertisers will probably support Microsoft because a stronger player in the search market should protect them from potential abuses by Google, said Kevin Lee, CEO of online marketing specialist Didit Inc.

"If there's only one choice in search, that's just an uncomfortable position to be in," Lee said.

Like Yahoo, Microsoft has invested billions in search technology during the past decade. Yet it remained a distant third in market share while its online losses piled up. Microsoft is counting on Bing, unveiled last month, to turn things around.

Bing has been getting mostly positive reviews and picking up slightly more traffic with the help of a $100 million marketing campaign. Analysts believe the successful debut pushed Microsoft to reopen negotiations so it could expose its search engine improvements to a wider audience.

While Microsoft and Yahoo await government approval of their partnership, there is no doubt Google will try to increase its lead by upgrading its own search engine, said Danny Sullivan, editor of the online newsletter SearchEngineLand.

Already, Google is going after Microsoft's bread-and-butter business of software for personal computers. It's working on a free operating system for inexpensive PCs, a move that could threaten Microsoft's Windows.

"Google is very paranoid about Microsoft," Sullivan said. "They are always trying to figure out what kind of `evil' thing Microsoft is going to do next."

Jessica Mintz reported from Seattle. AP Business Writer Christopher S. Rugaber contributed to this report from Washington.

**LOAD-DATE:** July 30, 2009



Copyright 2009 The New York Times Company
The New York Times

June 7, 2009 Sunday
Late Edition - Final

**SECTION:** Section WK; Column 0; Week in Review Desk; Pg. 2

**LENGTH:** 546 words

**HEADLINE:** Debuts May 31 -- June 6

**BODY:**

THE NEWS Bing, the new search service by Microsoft, made its debut last week as the company unleashed an advertising campaign estimated to cost $80 million to $100 million to establish the service as an alternative to Google.

BEHIND THE NEWS Taking on Google, which holds about 64 percent of the search market in the United States, is a tall order. Even after spending billions on search services over the years, Microsoft has a scant 8 percent of the market, according to comScore, a research company. But Microsoft is hoping Bing will evoke the "aha" moment that punctuates a successful search and become part of the popular lexicon, as in, "Why don't you Bing it?"

THE NEWS Conan O'Brien took over "The Tonight Show" from Jay Leno; his first night attracted the show's largest Monday night audience in four years.

BEHIND THE NEWS A lot is riding on Mr. O'Brien's ascension as he takes over the flagship of late-night television, one of the biggest network money machines ever. The show still pumps an estimated $100 million into NBC each year. President Obama warned there would be no federal bailout for Mr. O'Brien "if he screws it up." The new host noted the challenges in his monologue: "Think about it. I'm on a last-place network, I moved to a state that's bankrupt, and 'The Tonight Show' is sponsored by General Motors."

THE NEWS Kim Jong-il, the North Korean dictator recovering from a stroke, apparently has designated his youngest son as his successor, American and South Korean officials said last week.

BEHIND THE NEWS Little is known about the youngest son, Kim Jong-un, beyond reports that he was secretly schooled in Switzerland, skied there, and was a fan of Michael Jordan. He is thought to be in his mid-20s. The dictator's eldest son, Kim Jong-nam, was once considered the likely successor. But he is widely reported to have voracious appetites for alcohol and women -- proclivities that reportedly have made him unacceptable to North Korea's generals.

THE NEWS Judge Sonia Sotomayor made her first visit to Capitol Hill as President Obama's Supreme Court nominee while Republicans contemplated possible battle lines over her confirmation.

BEHIND THE NEWS Many Republicans took a wait-and-see approach as they weighed the risk of angering Hispanics, an important voting block, if they lined up against her. Newt Gingrich was among conservatives who dialed back their tone. He said he should not have labeled her a "racist" for suggesting a Latina judge might have better judgment than a white male judge. Still, Republicans promised a close look at her philosophy and record.

THE NEWS Congressional leaders unveiled a seven-foot bronze statute of Ronald Reagan in the Capitol Rotunda as his admirers invoked his belief that America's brightest days lay ahead.

BEHIND THE NEWS Judging from their thin attendance, Democrats had little interest in looking back at the Gipper era. But Republicans seemed to relish the chance to relive the glory days of the 1980s. The House Republican

leader, Representative John A. Boehner of Ohio, spoke emotionally about a visit to the Reagan ranch. "One of the great things that I saw when I was there was the desk that President Reagan used to sign the Kemp-Roth tax cuts into law," he recalled.

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTOS: (PHOTOGRAPH BY PAUL DRINKWATER/NBC)
(PHOTOGRAPH BY JUNG YEON-JE/AGENCE FRANCE-PRESSE)
 (PHOTOGRAPH BY DOUG MILLS/ THE NEW YORK TIMES)

**LOAD-DATE:** June 7, 2009



Copyright 2009 Associated Press
All Rights Reserved
Associated Press Worldstream

May 28, 2009 Thursday 8:36 PM GMT

**SECTION:** BUSINESS NEWS

**LENGTH:** 887 words

**HEADLINE:** Bing it on: Microsoft overhauls search, again

**BYLINE:** By JESSICA MINTZ, AP Technology Writer

**DATELINE:** SEATTLE

**BODY:**

Microsoft Corp. is rolling out a redesigned search site in the coming days and hopes it will lure more Web surfers than the two most recent incarnations, Live Search and MSN Search.

The new site, Bing, adds touches intended to make everyday Web searching a little less haphazard. Bing also tries to make it easier for people to buy things, book travel and find credible health information.

History has not been kind to even the best search innovators. Many companies, including Amazon.com Inc. and IAC/InterActiveCorp., and startups like Hakia, ChaCha and Cuil have tried to improve on the basic "10 blue links" format of search results, but Google Inc. has remained unstoppable.

Microsoft's last effort, Live Search, failed to catch on partly because the software maker didn't do much to promote it. Marketing is no guarantee of success IAC heavily advertised makeovers of Ask.com but this time, Microsoft appears to be taking no chances. Ad Age reported Microsoft plans to spend as much as $100 million on advertising Bing.

Redmond, Washington-based Microsoft has been stuck in third place behind Google and Yahoo Inc. for years. Its share of U.S. search queries was 8.2 percent in April, according to the research group comScore Inc. Google was used for 64.2 percent of queries, and Yahoo's share totaled 20.4 percent.

The numbers are important. Google's healthy profits are tied to its search dominance, because companies will pay more to reach a wider audience when they place ads alongside search results. Microsoft, by contrast, posted a quarterly loss in its online advertising business.

"We want to do better," Microsoft CEO Steve Ballmer said Thursday at The Wall Street Journal's D: All Things Digital conference in Carlsbad, California.

"There are times in our history where we've felt a little bit like Rocky," he continued, referring to the fictional underdog boxer. "It takes persistence in this stuff. You don't always get things right."

When asked why Microsoft chose "Bing," he said, "The name is short, it's easy to say, it works globally."

To mount a credible challenge to Google, Microsoft tried taking over Yahoo last year. But after Yahoo rebuffed its $47.5 billion offer, Microsoft turned its attention to improving its own Live Search.

Ballmer reiterated Thursday that Microsoft is still interested in a search partnership with Yahoo, and not an outright acquisition, but he didn't disclose any new details.

Bing it on: Microsoft overhauls search, again Associated Press Worldstream May 28, 2009 Thursday 8:36 PM GMT

Some of Bing's features showed up on a Microsoft blog in March, when the new site was known as "Kumo." The most obvious difference is a bar of links running down the left-hand side of Bing search results pages. Some searches especially ones for celebrities or travel destinations yield links to help narrow results into categories. For pro athletes, it might offer links for statistics and highlights. For Thailand, categories include weather and real estate.

Bing also lists related search terms on the left, not at the bottom of the page like Google does. It keeps track of recent searches and gives people a way to e-mail links from that search history or post them on Facebook.

For some types of queries, Microsoft is positioning Bing as a destination rather than a quick gateway to other sites. For airfare searches, Bing produces results from Farecast, a travel-comparison startup Microsoft acquired last year.

Shopping with Bing can yield an Amazon.com-like experience, with ways to narrow results by price, brand and the availability of free shipping, without leaving the search page.

Bing also tries to guide searchers to trustworthy medical information. Type in "chicken pox" or "tendinitis," and the first result is a Mayo Clinic article. (Google's top result for chicken pox comes from kidshealth.org; for tendinitis, it shows a Wikipedia link.)

Forrester analyst Shar VanBoskirk said Bing won't bite into Google's search share because the Google habit is too hard to break. But people who have been using Yahoo as a secondary "information portal" may switch to Bing, she said.

"Yahoo won't have anything to make it stand out in comparison to either of the two other experiences," she said.

To keep up with its rivals, Yahoo has been tweaking its search results as well, to include different types of information depending on the query. For instance, it would show photos in response to searches for landmarks or dossier-style listings for people.

Prabhakar Raghavan, head of Yahoo's search strategy, said he was "completely baffled" by the claim that Bing "provides something we don't provide."

"It could be that people are reacting to the form and presentation, which is different, as opposed to the substance and information."

Microsoft isn't banking on beating Google, said Mike Nichols, a general manager in the search group. But Microsoft does want to transform its also-ran search image.

"We want to capture a unique position in consumers' minds. They need to know why is it that they should use this product," Nichols said in an interview.

Matt Rosoff, an analyst for the research group Directions on Microsoft, praised the new features and said an extensive ad campaign gives Microsoft a chance to increase its share.

But "I have to wonder," he said, "whether users are really crying out for a new search engine."

AP Business Writer Elliot Spagat contributed to this report from Carlsbad, Calif.

**LOAD-DATE:** May 29, 2009