# EXHIBIT 3





| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | bing webmaster | 0.09% | 7 | bing.com | 0.04% | |
| 8 | bing games | 0.08% | 8 | add url to bing | 0.04% | |
| 9 | bing webmaster tools | 0.08% | 9 | msn | 0.04% | |
| 10 | bing add url | 0.05% | 10 | live maps | 0.03% | |

**Top Search Queries for Bing.com**

| Query | | Percent of Search Traffic |
|---|---|---|
| 1 | bing | 47.36% |
| 2 | bing maps | 6.93% |
| 3 | bing.com | 2.27% |
| 4 | maps | 1.73% |
| 5 | bing cashback | 1.04% |
| 6 | bing map | 0.78% |
| 7 | bing travel | 0.68% |

View the complete Search Analytics

Wayback Machine
See how Bing.com looked in the past

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for bing.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | $129,163 - $208,319 |
| Last Month Clicks | 148,800 - 184,086 |
| Avg. Ad Position | 4 |
| Google PPC Keywords | 14,332 |
| Yahoo PPC Keywords | 4,346 |





Like bing.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取bing.com的网站流量信息。

## High Impact Search Queries for bing.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| bing | 52.89 | 74 | 14 |
| bing maps | 6.86 | 59 | 12 |
| maps | 2.27 | 80 | 17 |
| webmaster tools | 2.02 | 66 | 17 |
| bing.com | 2.00 | 56 | 12 |
| cashback | 1.54 | 45 | 58 |
| bing webmaster tools | 1.53 | 46 | 13 |
| submit site to | 1.44 | 12 | 53 |
| bing webmaster | 1.32 | 45 | 15 |
| bing travel | 1.26 | 44 | 20 |
| bing cashback | 0.96 | 49 | 12 |
| cash back | 0.82 | 34 | 58 |
| bing map | 0.72 | 45 | 12 |
| search | 0.66 | 60 | 23 |
| submit site | 0.66 | 41 | 55 |
| microsoft maps | 0.62 | 41 | 26 |
| search engine | 0.52 | 51 | 23 |
| bing search engine | 0.48 | 39 | 14 |
| shopping | 0.47 | 53 | 53 |
| map | 0.46 | 72 | 17 |
| maps 3d | 0.45 | 23 | 34 |
| msn | 0.45 | 82 | 12 |
| add url to | 0.44 | 14 | 39 |
| add url | 0.42 | 54 | 33 |
| search engines | 0.40 | 53 | 26 |
| submit url | 0.40 | 49 | 50 |
| live maps | 0.39 | 40 | 26 |
| bing cash back | 0.36 | 39 | 15 |
| bing shopping | 0.36 | 36 | 12 |
| webmaster tool | 0.31 | 53 | 16 |

## Search Engine Marketing (SEM) Activity by bing.com

Ads for bing.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

| | Query | SEM Actitivy | Query | SEM Actitivy |
|---|---|---|---|---|
| 1 | google | | | Medium |
| 2 | nfl power rankings | | | Medium |
| 3 | iphone | | | Medium |

Install the free Alexa Toolbar to join our information community and get access to this feature.

| | | | |
|---|---|---|---|
| 3 | iphone | | Medium |
| 4 | yankees | Medium | Medium |
| 5 | affiliate | High | 10 iklan gratis | High |

### Search Engine Marketing (SEM) Opportunities for bing.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 13 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |



**Company**: About, Jobs, Advertise on Alexa
**Help**: Help System, Tour
**Alexa Tools for Site Owners**: Get a Site Audit for your site, Edit your site listing
**Related Services**: Sell on Amazon, Free Website Content, Build a Website, Health Insurance

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company