# EXHIBIT 4



    

| expertise | industries | insights | measurement | news | about | careers |

Client Login

## insights

- **Nielsen Wire**
- **Webinars**
- **Ratings and Rankings**
  - Television
  - Video Games
  - Movies
  - Books
  -  Internet
  - Music
  - Sports
  - Mobile
- **Newsletters**
- **Speaking Engagements**
- **Reports**

### Utilities
- Print this Page
- Email to a Friend
- Share

Home > Insights > Ratings and Rankings > Internet

# Internet

### Top 10 Global Web Parent Companies, Home & Work
**August 2010**

| RANK | PARENT | UNIQUE AUDIENCE (000) | ACTIVE REACH % |
|---|---|---|---|
| 1 | GOOGLE | 205,814,883 | 87.79% |
| 2 | MICROSOFT | 180,098,857 | 76.82% |
| 3 | FACEBOOK | 118,840,955 | 50.69% |
| 4 | YAHOO! | 100,511,198 | 42.87% |
| 5 | EBAY | 95,426,342 | 40.70% |
| 6 | WIKIMEDIA FOUNDATION | 87,394,392 | 37.28% |
| 7 | AMAZON | 54,444,795 | 23.22% |
| 8 | APPLE COMPUTER | 49,831,728 | 21.26% |
| 9 | TELEFONICA/TERRA | 45,830,250 | 19.55% |
| 10 | INTERACTIVECORP | 43,291,706 | 18.47% |

*Source: Nielsen NetView*

### Top 10 U.S. Web Parent Companies, Home & Work
**August 2010**

| RANK | PARENT | UNIQUE AUDIENCE (000) | ACTIVE REACH % |
|---|---|---|---|
| 1 | GOOGLE | 160785 | 82.4% |
| 2 | MICROSOFT | 136430 | 70.0% |
| 3 | YAHOO! | 133349 | 68.4% |
| 4 | FACEBOOK | 131381 | 67.4% |
| 5 | AOL, INC. | 80127 | 41.1% |
| 6 | INTERACTIVECORP | 75989 | 39.0% |
| 7 | NEWS CORP. ONLINE | 70344 | 36.1% |
| 8 | EBAY | 65316 | 33.5% |
| 9 | AMAZON | 61440 | 31.5% |
| 10 | APPLE COMPUTER | 61255 | 31.4% |

*Source: Nielsen NetView*

### Top 10 U.S. Online Video Brands, Home & Work
**August 2010**

| RANK | BRAND | UNIQUE VIEWERS (000) |
|---|---|---|
| 1 | YOUTUBE | 101,074 |
| 2 | FACEBOOK | 36,866 |
| 3 | YAHOO! | 27,825 |
| 4 | MSN/WINDOWSLIVE/BING | 17,050 |
| 5 | HULU | 12,290 |
| 6 | THE COLLEGEHUMOR NETWORK | 9,079 |
| 7 | FOX INTERACTIVE MEDIA | 8,985 |
| 8 | CNN DIGITAL NETWORK | 8,341 |
| 9 | TURNER SPORTS AND ENTERTAINMENT DIGITAL NETWORK | 7,862 |
| 10 | DISNEY ONLINE | 7,815 |

*Source: Nielsen VideoCensus*

### Top 10 U.S. Search Providers, Home & Work
**August 2010**

| RANK | PROVIDER | SEARCHES (000) | SHARE OF SEARCHES |
|---|---|---|---|
| - | ALL SEARCH | 9,199,567 | 100.0% |
| 1 | GOOGLE SEARCH | 5,988,996 | 65.1% |
| 2 | MSN/WINDOWS LIVE/BING SEARCH | 1,274,184 | 13.9% |
| 3 | YAHOO! SEARCH | 1,208,774 | 13.1% |
| 4 | ASK.COM SEARCH | 196,875 | 2.1% |
| 5 | AOL SEARCH | 179,895 | 2.0% |

### Resources
- BlogPulse
- Nielsen Wire
- Online Trends Newsletters







*Source: Nielsen MegaView Search*

© The Nielsen Company. All Rights Reserved.   Terms of Use  |  Privacy Policy

Site Map