# EXHIBIT 5





**WELCOME TO:** actingbing.com

Is this your domain? Add hosting, email and more.

**Sponsored Listings**

**Music Production Course**
Create Electronic Music, Mixing Game Sound, and Studio Recording
sanfrancisco.sae.edu/en-us/h

**Acting Classes - SF**
50 Years Experience Teaching. Take Your Dream To The Next Level.
www.SheltonStudiosSF.com/Classes

**Acting Schools**
Request free Information from top Acting Schools in Your Area!
www.collegebound.net

**Graphic Web Design Degree**
Earn Associates Degree Online in Graphic Design in 18 Mos. Enroll now
Carrington.edu/California-Online

**Acting Auditions San Jose**
You can audition for tv, film & commercials- Ages 7 & up start now!
www.YouModelandAct.com/sanjose

**New York Film Academy**
Award Winning Instructors Teach Hands-On Acting for Film Courses
www.nyfa.com

**LVN Nursing School**
Quality Instructors & Hands-On LVN Training. NCLEX PN Included.
www.UnitekCollege.edu/Sunnyvale

**Acting Auditions**
Leaders in acting & modeling career development. Ages 7+ Audition Now!
www.JCasablancas.com

**Acting classes/ school**
What it takes to make to make it? We have the answers. Free info pack
www.vadastudios.com

**Challenger School**
Academics for preschool–8th grade. 10 Bay Area schools. Drop-in tours.
www.challengerschool.com





Get a FREE domain† when you complete one of these valuable offers! Powered by TrialPay.
Get your FREE domain now!

BOB PARSONS CEO & Founder of GoDaddy.com® — Learn how to succeed — in life and online — with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. VIEWER DISCRETION ADVISED

Want to buy this domain? Our Domain Buy Service can help you get it.



This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names · Web hosting · Website builders · Email accounts · SSL Certificates · eCommerce tools · See product catalog

Go Daddy Super Bowl® Commercial · Danica Patrick · Dale Jr · Go Daddy Girls®

‡ Valid on orders of $75 or more at GoDaddy.com. Not applicable to ICANN fees, taxes, shipping and handling, sale-priced domain names, bulk domains, premium domains, Sunrise/Landrush domain registrations and pre-registrations, memberships or maintenance plans, additional disk space and bandwidth renewals, custom page layouts, incorporation and brand identity services, Go Daddy Marketplace® products, posters, die-cast cars or gift cards. Discount reflected in your shopping cart - cannot be used in conjunction with any other offer, discount or promotion.
* Plus ICANN fee of 18 cents per domain name year.
+Practical eCommerce survey, 2009.
† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG
†† Annual discounts available on NEW purchases only.
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: RegistrarSTATS.com

Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.