# EXHIBIT 6




**Home**
**About Us**
**Asset Managers**
**Resources**

----------------------

**Apply**
**Advertising**

----------------------

**REO Trainers**
**Calendar**
**Conferences**
**Committees**

----------------------

**Contact Us**

## Welcome

We are changing the way real estate is done by making the REO business more convenient and more profitable to you. ReoMae.com offers many possible REO resources that are needed in the REO business all in the same database. ReoMae.com has evolved due to the need for experienced REO service companies nationwide.

Our guarantee to asset managers is that our members are highly qualified and have experience or have been trained by REOTrainers. All of our members have certified REO marketing plans to better market your assets. Only the top-REO agents are taken from each area and put into our database.

Click here if you are interested in advancing your business and to find out about all of the benefits of joining ReoMae.com.

### Community Partners Realty

Covering CA, AZ, & NV
REO Specialists
Contact: Martin Bressem
Martin@reofirm.com
800-293-7355

### Central Escrow, Inc.

Serving California's REO Market
Contact: Evonne Lao
Evonne@centralescrow.com
909-860-7147

Your Company Ad Here!
Reserve your front page ad in
the highly sought after
ReoMae.com website!!

Spaces are going fast!
***click here for pricing

Your Company Ad Here!
Reserve your front page ad in
the highly sought after
ReoMae.com website!!

Spaces are going fast!
***click here for pricing


Follow Us On

Copyright ©2009 by ReoMae.com All rights reserved.