# EXHIBIT 7

Case 2:10-cv-01542-JCC   Document 1-7   Filed 09/24/10   Page 1 of 3

 **Realpreneur.com**
The #1 Property Search Website!

Now Serving:
Chino, Chino Hills, Corona, Ontario, Diamond Bar and Upland

### Main Navigation

- Home
- About
- Contact
- Specials
- Property Search
- Real Estate News
- Foreclosure Process
- Seller's Tips

### Homes

- Chino Homes
- Chino Hills Homes
- Corona Homes
- Ontario Homes
- Diamond Bar Homes
- Upland Homes

### Foreclosures

- Chino Foreclosures
- Chino Hills Foreclosures
- Corona Foreclosures
- Ontario Foreclosures
- Diamond Bar Foreclosures
- Upland Foreclosures

### Rentals

- Chino Rentals
- Chino Hills Rentals
- Corona Rentals
- Ontario Rentals
- Diamond Bar Rentals
- Upland Rentals

### Information

- Chino Information
- Chino Hills Information
- Corona Information
- Ontario Information
- Diamond Bar Information
- Upland Information



## Welcome to Realpreneur.com!

**Thinking of selling?**
Check out our "For Sellers" section for important information regarding your selling process. We offer a low flat rate of $3,995 when we list and sell your home! Sellers, save thousands! Click here to obtain a complementary comparable analysis report on your home's value.

**Are you thinking of buying a home?**
Realpreneur, Inc. is here to help. Our offices service San Bernardino County, Riverside County, Los Angeles County, Orange County, and San Diego, County. We are also licensed in Arizona, and Nevada. Where ever you are relocating to send us an email and we will be glad to refer you to an experienced agent. Searching for homes is easy at CommunityPartnersRealtors.com just click the button that says, "Property Search". You will be instantly connected with every listing updated daily, 24 hours a day, 7 days a week. We have made your search even easier, place your mouse over the property search button on the left and you will see pre-set searches by bedrooms and cities already set for you. Sign up to be a VIP member and be the first to know about the newest listings on the market, schedule viewings, and request additional information on any available listing.

**Relocating?**
Everything you need to know about buying or selling a home can be found here on my Web site! Finding the right home in any new city is a tedious, time consuming job. My website is designed to provide you with up-to-date information on school districts, community information and more!

**Featured Locations & Areas We Serve:**
If you are looking to purchase a home, check out a couple of our custom searches: Chino Homes For Sale, Chino Hills Homes For Sale, Corona Homes For Sale, Diamond Bar Homes For Sale, Ontario Home For Sale and Upland Homes For Sale

**Our Partners:**



Community Partners Realty


General Real Estate


http://www.liread.com

Inland Empire Homes



Real Estate Directory

View Real Estate For Sale


ERealEstateDirectory



Real Estate Directory



Realty Link Directory - Realtors Join us Free

Copyright © 2008 - 2009, Realpreneur.com All Rights Reserved.