|  |  |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN BRESSEM, individually, BUTTERFIELD REALTY INC., a California Incorporated Company, and COMMUNITY PARTNERS REALITY,, an entity of unknown corporate form, and DOES 1 through 20,<br><br>        Defendants. | Case No. 10-cv-1542<br><br>**MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Microsoft Corporation, certifies that as of this date, Microsoft does not have a parent corporation and no publicly held corporation holds 10% or more of its stock.

DATED September 24, 2010

Respectfully submitted,
Orrick, Herrington & Sutcliffe LLP

By: s/ Mark S. Parris
    Mark Parris (Bar No. 13870)
    Jeffrey Cox (Bar No. 37534)
    *Attorneys for Plaintiff*
    MICROSOFT CORPORATION

MICROSOFT CORPORATION'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Ste. 5600
Seattle, WA 98104-7097
tel: +1-206-839-4300