## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
#### AT SEATTLE
#### OFFICE OF THE CLERK

WILLIAM M. MCCOOL  
CLERK

700 STEWART ST.  
SUITE 2310  
SEATTLE, WA 98101

DATE: September 27, 2010

TO: COUNSEL OF RECORD AND PARTIES PRO SE

FROM: Judy Thomas, Deputy Clerk

RE: NOTICE OF INITIAL ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND REQUIREMENT FOR CONSENT

This is to advise that your case has been initially assigned to United States Magistrate Judge Mary Alice Theiler. This case will be retained by the Magistrate Judge for any and all proceedings only in the event that all parties consent to such assignment. You are referred to 28 USC 636(c), FRCP 73 and Local MJR 13.

You are not required to consent to the assignment of this case to the Magistrate Judge. The withholding of consent will not result in any type of adverse consequence. If a party withholds consent, the indentity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case will be assigned. In the event that a party does not consent, this case will be reassigned to a yet undesignated United States District Judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

Should you elect to consent pursuant to 28 USC 636(c), please return the enclosed consent form by the date indicated on the form by either faxing the executed form to 206−370−8425 or mailing to **CLERK, U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101** to the attention of **Judy Thomas.**

Please note that the forms must not be electronically filed with the court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MARTIN BRESSEM, et al.,<br><br>    Defendant(s). | CASE NO. 2:10−cv−01542−MAT<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 USC Section 636(c), FRCP 73 and Local MJR 13, the party/parties to the above captioned matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have **United States Magistrate Judge Mary Alice Theiler** conduct any and all further proceedings in the case and order the entry of a final judgment.

_____     _____     _____
Attorney/Party's Signature          Party Represented              Date Signed

If you consent, please return this form by **November 8, 2010** to the attention of Judy Thomas by FAX at 206−370−8425. OR by mail at CLERK, U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

**PLEASE NOTE**: Consents must not be electronically filed with the court.