UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>MARTIN BRESSEM, et al.,<br><br>Defendant(s). | Case No. 2:10−cv−01542−JCC<br><br>MINUTE ORDER |

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the Judge John C Coughenour, United States District Court Judge. All future documents filed in this case must bear the cause number 2:10−cv−01542−JCC and bear the Judge's name in the upper right hand corner of the document.

DATED The 9th of November, 2010

William M. McCool
Clerk of Court

By: ___s/ Judy Thomas___
       Judy Thomas, Deputy Clerk